UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BRYCE RICHARDS,

Plaintiff,

v.

PROLOGIS MANAGEMENT, LLC, a subsidiary of PROLOGIS, INC. and JOHN AND JANE DOES 1 through 10,

Defendants.

No. 2:23-cv-575

**NOTICE OF REMOVAL TO FEDERAL COURT**

**[CLERK'S ACTION REQUIRED]**

**[*King County Superior Court Case No. 23-2-02580-6 KNT*]**

TO: Clerk, United States District Court for the Western District of Washington

AND TO: Plaintiff Bryce Richards, and his attorneys of record.

PLEASE TAKE NOTICE that Prologis Management LLC ("Prologis"), by and through its undersigned counsel, hereby removes Case No. 23-2-02580-6 KNT, filed in the Superior Court for the State of Washington for the County of King, to the United States District Court for the Western District of Washington (Seattle Division), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446. In support of this removal, Prologis states as follows:

## I. STATE COURT ACTION

1. On or around February 9, 2023, Plaintiff Bryce Richards ("Plaintiff") filed a Summons and Complaint captioned *Bryce Richards v. Prologis Management LLC, et al.*, in the Superior Court of the State of Washington for the County of King (the "State Court Action").



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

2. On March 17, 2023, Prologis was first served with the Summons and Complaint in the State Court Action. *See* Exhibit A.

3. In the Complaint, Plaintiff asserts two causes of action: (1) violation of Title VII, pursuant to 42 U.S.C. § 2000e-2(a)(1) (Compl. ¶¶ 23-35); and, (2) violation of state law prohibiting religious discrimination, pursuant to RCW 49.60.030 *et seq.* (Compl. ¶¶ 36-41).

## II. FEDERAL QUESTION JURISDICTION

4. The State Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 (federal question), and is one which may be removed to this Court by Prologis pursuant to the provisions of 28 U.S.C. §1441(a) and (b) in that it involves a claim or right arising under the laws of the United States, specifically Title VII of the Civil Rights Act, codified in 42 U.S.C. § 2000e ("Title VII").

5. Plaintiff was hired as an employee by Defendant beginning on or around April 8, 2020. (Compl. ¶ 1). Plaintiff asserts he is "a practicing Christian," who sought a religious exemption and accommodation in response to Prologis' requirement that all employees be vaccinated against COVID-19. (Compl. ¶ 2). Plaintiff asserts his request was denied, and his employment terminated on or around October 15, 2021. (Compl. ¶ 2) Plaintiff filed a claim with the Equal Employment Opportunity Commission, and thereafter, filed the State Court Action against Prologis. (Compl. ¶ 22).

6. This Court has subject matter jurisdiction where the action "aris[es] under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. To determine whether an action arises under federal law, courts apply the "well-pleaded complaint" rule, which states that a claim arises under federal law where "a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Rivet v. Regions Bank of La.,* 522 U.S. 470, 475 (1998); *Caterpillar Inc. v. Williams*, 382 U.S. 386, 392 (1987).

7. Here, the State Court Action arises under the laws of the United States because Plaintiff asserts a claim for discrimination under Title VII. Jurisdiction over Title VII actions lies



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

exclusively in the federal court. *See* 42 U.S.C. 2000e-5(3); *Valenzuela v. Kraft,* Inc., 739 F. 2d 434 (9th Cir. 1984) ("Congress intended to accord the federal courts exclusive jurisdiction over Title VII actions. . . . We therefore hold that Title VII actions must be brought exclusively in federal courts.").

## III. SUPPLEMENTAL JURISDICTION

8. If any claim satisfies the requirement for removal on federal-question grounds, "[t]hen any other purely state claims in the same complaint may also be determined by the federal court under its supplemental jurisdiction. 28 U.S.C. 1441(c); *Tan v. Dolby Laboratories, Inc.,* No. C 05-03973 WHA, 2006 WL 463505 (N.D. Cal. Feb. 24, 2006) (plaintiff's state court claims were properly removed where the complaint clearly invoked Title VII). Here, because the first cause of action for violation of Title VII satisfies the requirements for federal question jurisdiction, this Court has supplemental jurisdiction over Plaintiff's second cause of action for violation of state law prohibiting religious discrimination, pursuant to RCW 49.60.030 *et seq*.

9. The Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367. The facts alleged in support of Plaintiff's first and second causes of action are exactly the same, and arise from the same nucleus of facts. As such, this Court has supplemental jurisdiction over both claims. *See* Complaint; *see also United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725, 86 S. Ct. 1130 (1966); *Funderburk v. S.C. Elec. & Gas Co.*, 179 F. Supp. 3d 569, 583 (2016).

## IV. PROCEDURAL REQUIREMENTS

10. <u>Removal is timely</u>. Pursuant to 28 U.S.C. § 1446(b) and Rule 6(a) of the Federal Rules of Civil Procedure, this Notice of Removal is timely since it is filed within thirty (30) days of Defendant first being served with the Complaint.

11. <u>Removal to this Court is proper</u>. Removal is properly made to the United States District Court for the Western District of Washington under 28 U.S.C. § 1441(a), because the



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Superior Court of the State of Washington, County of King, where the State Court Action is currently pending, is within the Western District of Washington. Venue is thus proper in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 128(a).

12. Signature. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

13. Pleadings and Process: A true and correct copy of the Complaint served on Prologis in the State Court Action is attached hereto as Exhibit A. *See* 28 U.S.C. § 1446(a) and Local Civil Rule 101(b).

14. Complete Record of State Court Action: A copy of the complete record of the State Court Action is attached to the Verification of State Court Records, which is being filed concurrently with this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and Local Civil Rule 101(c).

15. Notice: Prologis will promptly serve Plaintiff, and file with this Court, its Notice to Plaintiff of Removal to Federal Court, informing Plaintiff that this matter has been removed to federal court. 28 U.S.C. §§ 1446(a), (d). Prologis will also promptly file with the Clerk of the Superior Court of the State of Washington for the County of King, and serve on Plaintiff, a Notice of Removal to Federal Court pursuant to 28 U.S.C. § 1446(d). Prologis attaches as Exhibit B to this Notice a copy of the notice to be filed with the state court (without the notice's attachments).

WHEREFORE, Prologis respectfully requests removal of this action from the Superior Court of the State of Washington, County of King, to the United States District Court for the Western District of Washington.

DATED April 14, 2023



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

K&L GATES LLP

By: *s/ Patrick M. Madden*
Patrick M. Madden, WSBA # 21356
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: patrick.madden@klgates.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2023, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Harold H. Franklin, Jr., WSBA #20486
Pacific Justice Institute
459 Seneca Ave NW
Renton, WA 98057
(206) 617-7031
haroldfranklin1@comcast.net

DATED April 14, 2023, at Seattle, Washington.

By: *s/ Abigail D. Belscher*
Abigail D. Belscher, Practice Assistant
Abigail.Belscher@klgates.com



K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022